JS-6

FILED
CLERK, U.S. DISTRICT COURT
NOV 13 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| POD-NERS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TUTULI PRODUCE CORPORATION and REBECCA GILLILAND,<br><br>Defendants. | CASE NO. CV 99-10172 CBM (MCX)<br><br>[PROPOSED] ORDER GRANTING STIPULATION AND ORDER FOR DISMISSAL<br><br>[Stipulation and Order for Dismissal Filed concurrently herewith] |
| TUTULI PRODUCE CORPORATION,<br><br>Counterclaimant,<br><br>v.<br><br>POD-NERS, LLC,<br><br>Counterdefendant. | |

1

[PROPOSED] ORDER GRANTING STIPULATION AND ORDER FOR DISMISSAL
WDC 372,015,502v1 11-11-09

Having read and considered the Stipulation for Dismissal, the Court hereby dismisses with prejudice in their entirety (i) all of Plaintiff and Counterdefendant POD-NERS, L.L.C.'s ("Pod-Ners") claims against Defendants and Counterclaimants TUTULI PRODUCE CORPORATION ("Tutuli") and REBECCA GILLILAND ("Gilliland") (collectively, "Defendants") and (ii) all of Defendants' counterclaims against Pod-Ners.

Each party will bear its own attorneys' fees and costs.

Dated: 11/13/09

Hon. Consuelo B. Marshall
U.S. District Court Judge

Submitted by:

Greenberg Traurig, LLP

By: /s/ Valerie W. Ho
    Valerie W. Ho